UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

FILED - GR
December 21, 2022 11:56 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JMW   SCANNED BY: KB /12/21

Nicholas Robinson #834348

(Enter above the full name of the plaintiff(s), including prisoner number, in this action. If you cannot list all plaintiffs in the space provided, please write "see attached" and list all names on an additional page.)

Plaintiff Requests A Trial By Jury

v.

Unknown Mr. Baker,
Unknown Mr. Macky,
Unknown Ms. Mason,
Unknown Ms. Annis,
Unknown Mr. Davis,

1:22-cv-1211
Phillip J. Green
U.S. Magistrate Judge

(Enter above the full name of the defendant(s) in this action. If you cannot list all defendants in the space provided, please write "see attached" and list all names on an additional page.)

## COMPLAINT
*(Print Clearly)*

I. **Previous Lawsuits**
   **CAUTION:** The Prison Litigation Reform Act has resulted in substantial changes in the ability of incarcerated individuals to initiate lawsuits in federal courts without prepayment of the civil action filing fee. Accurate and complete responses are required concerning your litigation history. Generally, a plaintiff's failure to accurately and completely answer the questions set forth below will result in denial of the privilege of proceeding *in forma pauperis* and require you to pay the entire $402.00 filing fee regardless of whether your complaint is dismissed.

   A. Have you ever filed a lawsuit while incarcerated or detained in any prison or jail facility?    Yes ☒   No ☐

   B. If your answer to question A was yes, for each lawsuit you have filed you must answer questions 1 through 5 below. Attach additional sheets as necessary to answer questions 1 through 5 below with regard to each lawsuit.

   1. Identify the court in which the lawsuit was filed. If it was a state court, identify the county in which the suit was filed. If the lawsuit was filed in federal court, identify the district within which the lawsuit was filed.

   United States District Court for The Western District of Michigan

   2. Is the action still pending?   Yes ☒   No ☐

      a. If your answer was no, state precisely how the action was resolved: _____

   3. Did you appeal the decision?   Yes ☐   No ☒
   4. Is the appeal still pending?    Yes ☐   No ☒

      a. If not pending, what was the decision on appeal?   N/A

   5. Was the previous lawsuit based upon the same or similar facts asserted in this lawsuit? Yes ☐   No ☒

      a. If so, explain: _____

Act out this capacity
Goodspeed

Conditions of Confinement
Chapter II

Law-Libary Ask for Letagation Manual

Chapter 2 3 10 4
chapte 2/3/4/10

II. **Parties**

A. Plaintiff(s)

Enter your name, place of confinement, address, and place of confinement during the events described in the complaint in the blanks below. Provide the same information for any additional plaintiffs. Attach extra sheets as necessary.

Name of Plaintiff  Nicholas Robinson

Place of Present Confinement  OAKS Correctional Facility

Address  1500 CABErfAE Highway, Manistee, MI 49660

Place of Confinement During Events Described in Complaint  OAKS Correctional Facility

B. Defendant(s)

Complete the information requested below for each defendant in this action, including whether you are suing each defendant in an official and/or personal capacity. Provide the same information for each additional defendant. If there are more than six defendants attach extra sheets as necessary.

Name of Defendant #1  Unknown Mr. Baker

Position or Title  Lieutenant

Place of Employment  OAKS Correctional Facility

Address  1500 CABErfAE Highway, Manistee, Michigan 49660

Official and/or personal capacity?  Personal/individual Capacity AT ALL Times Defendant was Acting Under The color of state Law

Name of Defendant #2  Unknown Mr. Macky

Position or Title  Lieutenant

Place of Employment  OAKS Correctional Facility

Address  1500 CABErfAE Highway, Manistee, Michigan 49660

Official and/or personal capacity?  Personal/individual Capacity AT ALL Times Defendant was Acting Under The color of state Law

Name of Defendant #3  Unknown Ms. Mason

Position or Title  Nurse

Place of Employment  OAKS Correctional Facility

Address  1500 CABErfAE Highway, Manistee, Michigan 49660

Official and/or personal capacity?  Personal/individual Capacity AT ALL Times Defendant was Acting Under The color of state Law

Name of Defendant #4  Unknown Ms. Annis

Position or Title  Correctional Officer

Place of Employment  OAKS Correctional Facility

Address  1500 CABErfAE Highway, Manistee, Michigan 49660

Official and/or personal capacity?  Personal/individual Capacity AT ALL Times Defendant was Acting Under The color of state Law

Name of Defendant #5  Unknown Mr. Davis

Position or Title  Correctional Officer

Place of Employment  OAKS Correctional Facility

Address  1500 CABErfAE Highway, Manistee, Michigan 49660

Official and/or personal capacity?  Personal/individual Capacity AT ALL Times Defendant was Acting Under The color of state Law

- 3 -

III. **Statement of Claim**

State here the **facts** of your case. Describe how each defendant is personally involved. Include also the names of other persons involved, dates and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. **Do not include unrelated claims.** Use as much space as you need. Attach extra sheets if necessary.

On November 5, 2022 while being housed at The Oaks Correctional Facility, In Housing Unit 4, I was inside my cell room having trouble breathing. I then told Correctional Officer Annis, and Correctional Officer Davis "I cannot breath, I need my inhaler can you call the nurse" Correctional Officer Davis said "No". Then Correctional Officers Davis and Correctional Officer Annis started ignoring me. 2 hours later Lieutenant Baker, and Lieutenant Macky came to my cell room for they routine rounds. I told them I cannot breath can you please call the nurse. Lieutenant Baker then stated "I don't care if you can breath, all the grievance's you write on us I want you to die. Then Lieutenant Macky stated "You will do us all a favor if you die". Then Lieutenant Baker stated "Yea and we can write it up as a medical issue in not get in trouble for it". Then they both started laughing and walk away from my door. Another 2 hours went by in Nurse Mason came to my cell room for her routine rounds. I told her "I need my inhaler, I cannot breath" Then Nurse Mason stated "I don't care, Im not about to walk all the way to health care, then walk all the way back because you can't breath, in need your inhaler." I then stated "I cannot breath, yall is going to let me die". Then Nurse Mason stated "Well if it's your time, it's your time Then walk away from my door. "3" more hours went by in one of the unit officer's seen me on the ground having trouble breathing He called Nurse Lubitz who Im calling as a witness, to my cell room, She seen I was having trouble breathing. Then told the unit officer to take me to the nurse station in the unit to check my vital's and oxygen level, my oxygen level was low to the point I literally almost had nomore oxygen left in my body, Nurse Lubitz then hurried, and ran to the phone and had medical rush a oxygen tank to the unit.

# IV. Relief

1.) Declare That Defendant's Mr. Baker, Mr. Macky, Ms. Mason, Ms. Annis, And Mr. Davis Have Deprived me of my Constitutional Rights, By There Action's which were Mere Negligence

2.) Award Compensatory Damages, Jointly And Severally Against Defendant's Mr. Baker, Mr. Macky, Ms. Mason, Ms. Annis, And Mr. Davis For the Physical And Emotional Injuries Sustained As A result of There Action/InActions In The Amount of $175,000

3.) Award Punitive Damages Against Defendant's Mr. Baker, Mr. Macky, Ms. Mason, Ms. Annis, And Mr. Davis In The Amount of $175,000

4.) Award Nominal Damages Against Defendant's Mr. Baker, Mr. Macky, Ms. Mason, Ms. Annis, And Mr. Davis In The Amount of $175,000

5.) Grant Any other Relief This court Deems Is Just, And Proper In This Case

IV. **Relief**

State briefly and precisely what you want the court to do for you.

"SEE Attached"

V. **Notice to Plaintiff Regarding Consent**

In accordance with the provisions of 28 U.S.C. § 636(c) and Federal Rule of Civil Procedure 73, you are hereby notified that the United States magistrate judges of this district court may, upon your consent, conduct any or all proceedings in this case, including a jury trial and entry of a final judgment. If you consent, any appeal from a judgment entered by a magistrate judge shall be taken directly to the United States Court of Appeals for this judicial circuit in the same manner as an appeal from any other judgment of a district court.

Magistrate judges have greater flexibility in their schedules than district judges, who have heavy criminal caseloads that take priority over civil trials. Accordingly, the magistrate judges are generally able to schedule prisoner civil rights cases for jury trial much sooner, and they are able to provide firm trial dates. Magistrate judges are experienced trial judges who handle a great number of prisoner civil rights cases.

Your decision to consent to the dispositive jurisdiction of a United States magistrate is entirely voluntary. If you do not consent to a magistrate judge, the case will be randomly assigned to a district judge. The magistrate judge already assigned to this case would continue to decide all pretrial matters and would handle all dispositive motions by report and recommendation.

Please check **ONE** box below to indicate whether you voluntarily consent to proceed with a United States magistrate judge or if you would instead prefer that the case be assigned to a district judge.

[X] I hereby voluntarily consent to the United States magistrate judge conducting all proceedings in this case, including entry of a final judgment and all post-judgment matters.

[ ] I request that this case be assigned to a district judge.

12-19-22
**Date**

Nichole Robinson
**Signature of Plaintiff**

**NOTICE TO PLAINTIFF(S)**

The failure of a *pro se* litigant to keep the court apprised of an address change may be considered cause for dismissal.



District Court
Federal Building
Michigan St. NW
Rapids, MI 49503

Nicholas Robinson #834348
1500 Caberfae Highway.
Manistee, MI  49660

U.S
399
110
Grand