UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NICHOLAS ROBINSON, #834348,

    Plaintiff,

v.

    File no: 1:22-cv-1211

    HON. ROBERT J. JONKER

UNKNOWN BAKER, et al.,

    Defendants.

_____/

## ORDER APPROVING MAGISTRATE'S REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on May 9, 2024 (ECF No. 32). The Report and Recommendation was duly served on the parties. No objections have been filed under 28 U.S.C. § 636(b)(1)(C).[1]

**ACCORDINGLY, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 32) is approved and adopted as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendants' Motion for Summary Judgment (ECF No. 20) is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff's claims against Defendants Baker, Mackey, Mason, Annis and Davis are dismissed without prejudice for failure to exhaust administrative remedies.

Dated:  July 10, 2024            /s/ Robert J. Jonker
                                            ROBERT J. JONKER
                                            UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff was given an extension of time to July 3, 2024, to file objections. ECF No. 37.