UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NICHOLAS ROBINSON,

    Plaintiff,

v.

                      CASE No. 1:22-CV-1211

                      HON. ROBERT J. JONKER

UNKNOWN BAKER, et al.,

    Defendants.
_____/

## ORDER APPROVING AND ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on October 29, 2024. (ECF No. 63). The Report and Recommendation was duly served on the parties. No objections have been filed under 28 U.S.C. § 636(b)(1)(C).[1]

**ACCORDINGLY, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 63) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendants' Motion for Summary Judgment on the Basis of Exhaustion (ECF No. 47) is **GRANTED.**

**IT IS FURTHER ORDERED** that this matter is **TERMINATED.**

---

[1] The record contains an October 28, 2024, letter from Plaintiff inquiring into the status of his case. The letter was placed on the docket on November 4, 2024. (ECF No. 64). The letter predates the R&R, and so it certainly contains nothing that could be construed as an objection to the R&R.

The Court discerns no good-faith basis for appeal of this matter. *See McGore v. Wrigglesworth*, 114 F.3d 601, 611 (6th Cir. 1997); 28 U.S.C. § 1915(a)(3).

Dated:    November 25, 2024           /s/ Robert J. Jonker
                                      ROBERT J. JONKER
                                      UNITED STATES DISTRICT JUDGE